UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: DETRICE HAGGINS  CASE NO: 19-51044
      LAQUINA HAGGINS

CHAPTER 13

JUDGE: ALAN KOSCHIK

AMENDED CHAPTER 13 PLAN

Now come the debtors and state that they have amended their Chapter 13 Plan, and has been amended and attached hereto as an exhibit.

I, Detrice and Laquina Haggins, certify under penalty of perjury that the foregoing is true and correct.

    /s/ Detrice Haggins
    Detrice Haggins - Debtor

    /s/ Laquina Haggins
    Laquina Haggins-Debtor

/s/ James F. Ciccolini
James F. Ciccolini #0058767
Attorney for Debtor(s)
1172 N. Wooster Rd.
Barberton, Ohio 44203
(330) 745-6606

CERTIFICATE OF SERVICE

A copy of the foregoing Amended Chapter 13 Plan, was sent electronically and by regular and certified U.S. mail this 18th day of June 2019.

U.S. Trustee
*electronically sent*

Keith Rucinski
*electronically sent*

U.S. Mail to:

all creditors listed on Creditor Mailing Matrix.

Certified mail to:

Credit Acceptance Corporation
Att: Shannin Hatten or authorized employee
25505 W. 12 Mile Road, Suite 3000
Southfield, MI 48034

                                                  /s/ James F. Ciccolini
                                                  James F. Ciccolini
                                                  Attorney for Debtor(s)